NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**LOIS M. JOHNSON,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

———————————————

2013-3044

———————————————

Petition for review of the Merit Systems Protection Board in consolidated case nos. SF0353090587-R-1 and SF0353090587-X-1.

———————————————

**ON MOTION**

———————————————

**O R D E R**

The United States Postal Service moves for a 14-day extension of time, until April 8, 2013, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

LOIS JOHNSON V.  USPS                                                    2

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21